## IN THE UNITED STATES DISTRICT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No: 10-20123-02/03-JWL

JORGE HERNANDEZ (02)
IVAN HERNANDEZ (03),

        Defendants.

### ORDER

The Court sets the following deadlines in this case:

1.    The parties shall file witness and exhibit lists no later than **January 6, 2011.**

2.    The government shall provide notice pursuant to Rule 404(b) no later than **January 6, 2011.**

3.    The defendants shall make written request for expert disclosures by **December 30, 2010**. If the defendants does so, the parties shall make expert disclosures by **January 6, 2011**.

4.    Motions in limine shall be filed by **January 10, 2011** and responses thereto shall be filed by **January 13, 2011**. The limine conference is scheduled for **Tuesday, January 18, 2011 at 9:00 a.m..**

5.    The parties shall submit proposed jury instructions by **January 18, 2011**.

6.    This case is set for trial on **Tuesday, January 18, 2011 at 9:30 a.m.** in

Courtroom #427, Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City,

Kansas.

IT IS SO ORDERED.

Dated this 17th day of December, 2010, in Kansas City, Kansas.

**s/   John W. Lungstrum**
**John W. Lungstrum**
**United States District Judge**