# IN THE UNITED STATES DISTRICT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                      Case No: 10-20123-02/03-JWL

**JORGE HERNANDEZ (02)**
**IVAN HERNANDEZ (03),**

        **Defendants.**

## ORDER

The Court sets the following deadlines in this case:

1. The parties shall file witness and exhibit lists no later than **January 6, 2011.**

2. The government shall provide notice pursuant to Rule 404(b) no later than **January 6, 2011.**

3. The defendants shall make written request for expert disclosures by **December 30, 2010**. If the defendants does so, the parties shall make expert disclosures by **January 6, 2011**.

4. Motions in limine shall be filed by **January 10, 2011** and responses thereto shall be filed by **January 13, 2011**. The limine conference is scheduled for **Tuesday, January 18, 2011 at 9:00 a.m..**

5. The parties shall submit proposed jury instructions by **January 18, 2011**.

6. This case is set for trial on **Tuesday, January 18, 2011 at 9:30 a.m.** in

Courtroom #427, Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas.

IT IS SO ORDERED.

Dated this 17th day of December, 2010, in Kansas City, Kansas.

**s/ John W. Lungstrum**
**John W. Lungstrum**
**United States District Judge**